**No. 48129.**—Protest 93904–K of Dan Brechner & Co. (New York).

Opinion by TILSON, J. In accordance with stipulation of counsel and on the authority of Abstract 47141 the antimony figures in question were held dutiable at 3 cents per pound, but not less than 22½ nor more than 45 percent ad valorem, under the provision for "articles or wares not specially provided for, if composed wholly or in chief value of lead, but not plated with platinum, gold, or silver, or colored with gold lacquer, whether wholly or partly manufactured," under paragraph 397 and T. D. 49753, as claimed.

**No. 48130.**—Protests 811219–G, etc., of Davis & Geck, Inc., et al. (New York).

Opinion by TILSON, J. Following the authorities cited in Abstract 15400 the court dismissed the protests.

BEFORE THE THIRD DIVISION, MARCH 24, 1943

**No. 48131.**—Protest 789345–G of I. W. Lung Co. (Boston).

Opinion by CLINE, J. It was stipulated that certain of the merchandise in question consists of crude drugs the same in all material respects as those involved in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372). In accordance therewith the claim for free entry under paragraph 1669 was sustained as to those items.

**No. 48132.**—Protests 79711–K, etc., of Chong Lung et al. (New York).

Opinion by CLINE, J. In accordance with stipulation of counsel crude drugs the same in all material respects as those involved in *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) were held entitled to free entry under paragraph 1669, as claimed, and drugs, sliced, the same as those involved therein were held dutiable at 10 percent under paragraph 34, as claimed.

**No. 48133.**—Protests 42196–K, etc., of F. C. Mader (Tampa).

Opinion by CLINE, J. An examination of the record disclosed no evidence sufficient to overcome the presumption of correctness attaching to the collector's action. The protests were therefore overruled.

**No. 48134.**—Protest 802485–G of Fez-America (New York).

Opinion by CLINE, J. When the case was called for trial the plaintiff submitted the protest without the introduction of evidence. An examination of the record disclosed no evidence sufficient to overcome the presumption of correctness attaching to the collector's action. The protest was therefore overruled.